## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 3:24-CR- *272* |
| | : | |
| v. | : | (Judge          ) |
| | : | |
| **RICHARD CLINK,** | : | |
| | : | |
| Defendant. | : | |

## ORDER FOR WARRANT

NOW, this, _1st_ day of _October_, 2024, upon request of

GERARD M. KARAM, United States Attorney in and for the Middle

District of Pennsylvania, it is hereby ORDERED that a warrant be

issued for the arrest of the above named defendant, **RICHARD CLINK,**

and a United States Magistrate is authorized and directed to conduct a

hearing, under the Bail Reform Act of 1984, for the purpose of

determining what bail, if any, is necessary in order to insure the

presence of the defendant in this case.

_____

US DISTRICT COURT JUDGE