UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:24-CR-00272 |
| v. | : | (Judge Mehalchick) |
| HARRY BROWN, and RICHARD CLINK, | : | |
| Defendants. | : | |

## ORDER

It is so ORDERED, this 9th day of October, 2024 that the Government's Motion to Unseal is GRANTED.

_____
KAROLINE MEHALCHICK
U.S. District Court Judge