UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 3:24-CR-272-02 |
| RICHARD CLINK, | (MEHALCHICK, J.) |
| Defendant | |

## ORDER

**AND NOW**, this 18th day of July, 2025, **IT IS HEREBY ORDERED** that the conditions of release are here by **MODIFIED t**o as follows:

1. The defendant is not to use alcohol at all; and,

2. The defendant shall avoid all contact with the co-defendant and is not permitted to discuss this case at all with his co-defendant.

BY THE COURT:

*s/Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**