IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 3:24-CR-272 |
| | : | |
| v. | : | (MEHALCHICK, J.) |
| | : | |
| **HARRY BROWN** | : | |
| **RICHARD CLINK** | : | (Filed via ECF) |

### ORDER

AND NOW, this 4th day of August, 2025, upon consideration of Defendant's unopposed motion to continue deadlines and noting the Government's concurrence, IT IS ORDERED that Defendant's motion is **GRANTED**. Pretrial motions shall be filed by October 13, 2025. Jury selection and trial in the above-captioned action scheduled for September 2, 2025 are **CONTINUED** to November 10, 2025 at 9:30 AM in Courtroom #1 of the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Ave., Scranton, Pennsylvania. The Court specifically finds that under 18 U.S.C.§ 3161(h)(7)(A), the ends of justice served by granting a continuance in this matter outweigh the interests of the public and Defendant(s) in a speedy trial. It has been represented to the court that additional time is required for the parties to go through discovery and analyze the case. The Clerk of Court shall exclude the appropriate time in the above-captioned action pursuant to the Speedy Trial Act and this Order.

*Karoline Mehalchick*
_____
KAROLINE MEHALCHICK
United States District Judge
Middle District of Pennsylvania