# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:24-CR-272 |
| | : | |
| v. | : | (MEHALCHICK, J.) |
| | : | |
| HARRY BROWN | : | |
| RICHARD CLINK | : | (Filed via ECF) |

## ORDER

AND NOW, this _25th_ day of ___March___, 2026, upon consideration of Defendant's unopposed motion to continue the Pretrial Motions deadline the Government's concurrence, IT IS ORDERED that Defendant's motion is **GRANTED**.

Pretrial motions other than motions *in limine* shall be filed on or before: _Monday, May 4, 2026_.

All other terms and provisions of Doc. 75 is in full force and effect.

The Court specifically finds that under 18 U.S.C.§ 3161(h)(7)(A), the ends of justice served by granting a continuance in this matter outweigh the interests of the public and Defendant(s) in a speedy trial. It has been represented to the court that additional time is required for the parties to go through discovery. The Clerk of Court shall exclude the appropriate time in the above-captioned action pursuant to the Speedy Trial Act and this Order.

KAROLINE MEHALCHICK
United States District Judge
Middle District of Pennsylvania