**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **3:24-CR-272** |
| | : | |
| **v.** | : | **(MEHALCHICK, J.)** |
| | : | |
| **HARRY BROWN** | : | |
| **RICHARD CLINK** | : | **(Filed via ECF)** |

## ORDER

     **AND NOW**, this _____ day of _____, 2026, upon consideration of Defendant's unopposed motion to continue deadlines and noting the Government's concurrence, IT IS ORDERED that Defendant's motion is **GRANTED**. Pretrial motions shall be filed by _____. Jury selection and trial in the above-captioned action scheduled for _____ are **CONTINUED** to _____ at 9:30 AM in Courtroom #1 of the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Ave., Scranton, Pennsylvania. The Court specifically finds that under 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting a continuance in this matter outweigh the interests of the public and Defendant(s) in a speedy trial. It has been represented to the court that additional time is required for the parties to go prepare for trial. The Clerk of Court shall exclude the appropriate time in the above-captioned action pursuant to the Speedy Trial Act and this Order.

_____
KAROLINE MEHALCHICK
United States District Judge
Middle District of Pennsylvania