# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **3:24-CR-272** |
| | : | |
| **v.** | : | **(MEHALCHICK, J.)** |
| | : | |
| **HARRY BROWN** | : | |
| **RICHARD CLINK** | : | **(Filed via ECF)** |

## ORDER

AND NOW, this __6th__ day of __May__, 2026, upon consideration of Defendant's unopposed motion to continue deadlines and noting the Government's concurrence, IT IS ORDERED that Defendant's motion is **GRANTED**. Pretrial motions shall be filed by __October 5, 2026__. Jury selection and trial in the above-captioned action scheduled for __July 22, 2026__ are **CONTINUED** to __November 2, 2026__ at 9:30 AM in Courtroom #1 of the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Ave., Scranton, Pennsylvania. The Court specifically finds that under 18 U.S.C.§ 3161(h)(7)(A), the ends of justice served by granting a continuance in this matter outweigh the interests of the public and Defendant(s) in a speedy trial. It has been represented to the court that additional time is required for the parties to go prepare for trial. The Clerk of Court shall exclude the appropriate time in the above-captioned action pursuant to the Speedy Trial Act and this Order.

_Karoline Mehalchick_
KAROLINE MEHALCHICK
United States District Judge
Middle District of Pennsylvania